# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHELLE A. PETERSON  
227 THIRD STREET  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-9364

Case Number: 07-72821

Case filed on: 11/20/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $8,336.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
| 008 | AMERICAN COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CLERK OF THE COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HUSCH, BLACKWELL & SANDERS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 3,593.46 | 8,186.54 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,593.46 | 8,186.54 | 0.00 | 0.00 |
| 999 | MICHELLE A. PETERSON | 0.00 | 0.00 | 5,085.73 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,085.73 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 30,258.61 | 25,665.53 | 0.00 | 0.00 |
| 002 | OCWEN FEDERAL BANK FSB | 146,502.66 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 176,761.27 | 25,665.53 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 1,012.76 | 1,012.76 | 0.00 | 0.00 |
| 005 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FRIEDMAN & WEXLER LLC #91761 | 2,971.47 | 2,971.47 | 0.00 | 0.00 |
| 007 | CBUSA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA MEMORIAL MEDICAL CENTER | 100.00 | 100.00 | 0.00 | 0.00 |
| 010 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DOVETAIL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EVAN M. PETERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GREATER ELGIN EMERGENCY SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GREG ROOSEVELT | 11,439.56 | 11,439.56 | 0.00 | 0.00 |
| 018 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MICHAEL BEST & FRIEDRICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | N.W.M.F.F. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SANDRA LEISTER PHD | 212,842.53 | 212,842.53 | 0.00 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 5,945.03 | 5,945.03 | 0.00 | 0.00 |
| 024 | THOMAS P. CLARKE, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WOODSTOCK IMAGING ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LVNV FUNDING LLC | 722.31 | 722.31 | 0.00 | 0.00 |
| 028 | AMERICAN EXPRESS BANK FSB | 10,005.52 | 10,005.52 | 0.00 | 0.00 |
| 029 | AMERICAN EXPRESS BANK FSB | 18,440.75 | 18,440.75 | 0.00 | 0.00 |
| 030 | AMERICAN EXPRESS BANK FSB | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
| 031 | FIA CARD SERVICES aka BANK OF AMERICA | 8,802.31 | 8,802.31 | 0.00 | 0.00 |
|  | Total Unsecured | 276,195.24 | 276,195.24 | 0.00 | 0.00 |
|  | Grand Total: | 460,323.97 | 313,821.31 | 8,085.73 | 0.00 |

Total Paid Claimant: $8,085.73  
Trustee Allowance: $250.27  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                By  /s/Heather M. Fagan